**FILED**
United States Court of Appeals
Tenth Circuit

**May 5, 2014**

**Elisabeth A. Shumaker**
**Clerk of Court**

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

─────────────────────────────────

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff-Counter-Defendant - Appellee,<br><br>v.<br><br>MARVIN M. BRANDT, Trustee of the Marvin M. Brandt Revocable Trust, et al.,<br><br>    Defendants-Counter-Claimants - Appellants,<br><br>and<br><br>DANIEL K. MCNIERNEY, et al.,<br><br>    Defendant-Counter-Claimants,<br><br>and<br><br>WYOMING AND COLORADO RAILROAD COMPANY, INC., et al.,<br><br>    Defendants.<br><br>------------------------------<br><br>RAILS TO TRAILS CONSERVANCY,<br><br>    Amicus Curiae. | No. 09-8047<br>(D.C. No. 2:06-CV-00184-ABJ) |

─────────────────────────────────

**ORDER**

─────────────────────────────────

Before **KELLY**, **O'BRIEN**, and **HOLMES**, Circuit Judges.

_____

This matter is before the court as a follow up to our order dated April 21, 2014. Upon consideration of the United States Supreme Court's opinion and judgment dated March 10, 2014, we reverse that part of the district court's judgment addressing the Railroad Right of Way, and remand for further proceedings on that issue consistent with the Supreme Court's decision. We reaffirm our original panel Order & Judgment in all other respects, and affirm the district court's judgment with respect to the Forest Service Road 512 issues. The mandate, which was recalled via our order dated April 11, 2014, shall reissue forthwith.

    Entered for the Court

    *Elisabeth A. Shumaker*

    ELISABETH A. SHUMAKER, Clerk