**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**
**OFFICE OF THE CLERK**

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker
Clerk of Court

May 05, 2014

Douglas E. Cressler
Chief Deputy Clerk

Stephan Harris
United States District Court for the District of Wyoming
Office of the Clerk
2120 Capitol Avenue, Room 2141
Cheyenne, WY 82001-0000

**RE:    09-8047, United States v. Wyoming And Colorado Railroad, et al**
Dist/Ag docket: 2:06-CV-00184-ABJ

Dear Clerk:

Please be advised that the mandate, which was recalled via our order dated April 11, 2014 shall reissue forthwith.  The clerk of the originating court or agency shall file accordingly.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court

cc:    Charles Michael Aron
       Katherine J. Barton
       Andrea Carol Ferster
       Alan B. Johnson
       Steven J. Lechner
       Charles H. Montange
       Karl Morell
       Phillip A. Nicholas
       Theodore C. Preston

Mason F Skiles
Nicholas Vassallo

EAS/jm

Appellate Case: 09-8047     Document: 01019244187     Date Filed: 05/05/2014     Page: 2